1  David J. Kaminski (SBN 128509)
2  CARLSON & MESSER, LLP
   5901 West Century Boulevard, Suite 1200
3  Los Angeles, CA 90045
4  T: (310) 242-2200
   F: (310) 242-2222
5  E: kaminskid@cmtlaw.com

6
   *Attorneys for Defendant,*
7  Designed Receivable Solutions, Inc.

8

9                 **UNITED STATES DISTRICT COURT**
10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12  Francisco Gonzales,                    Case No.: 5:23-cv-00128-JGB-SHK

13              Plaintiff,                 **NOTICE OF SETTLEMENT**

14
        v.
15
                                          HONORABLE JESUS G. BERNAL
16  Designed Receivable Solutions, Inc.,

17              Defendants.

18

19

20

21

22

23

24

25        PLEASE TAKE NOTICE that a settlement in this matter has been reached

26  between all parties.  The parties anticipate that they will complete the settlement,

27  and file a stipulation of dismissal, within 45 days from the date of this Notice.  In

28
    {00195793;1}

                                    - 1 -

light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

RESPECTFULLY SUBMITTED,

Dated: October 26, 2023

By: /s/ Jonathan Aaron Stieglitz
Jonathan Aaron Stieglitz
**STIEGLITZ LAW**
11845 West Olympic Boulevard
Suite 800
Los Angeles, CA 90064
T: (323) 979-2063
F: (323) 488-6748
E: jonathan.a.stieglitz@gmail.com
*Attorneys for Plaintiff,*
*Francisco Gonzales*

Dated: October 26, 2023

By: */s/ David J. Kaminski*
David J. Kaminski (SBN: 128509)
**Carlson & Messer LLP**
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Direct: (310) 242-2217
GonzalesM@cmtlaw.com
*Attorneys for Defendant,*
*Designed Receivable Solutions, Inc.*

{00195793;1}

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

By: */s/ David J. Kaminski*
David J. Kaminski
Attorneys for Defendant
Designed Receivable Solutions, Inc.

{00195793;1}

- 3 -

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I hereby certify that on October 26, 2023, I electronically filed the foregoing

4

with the Clerk of the Court using the ECF system, which will send notice of such

5

filing to all attorneys of record in this matter. Since none of the attorneys of record

6

7

are non-ECF participants, hard copies of the foregoing have not been provided via

8

personal delivery or by postal mail.

9

10

**CARLSON & MESSER, LLP**

11

By: */s/ David J. Kaminski*

12

David J. Kaminski

13

Attorneys for Defendant
Designed Receivable Solutions, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00195793;1}