```
 1  Jonathan A. Stieglitz  (SBN 278028)
    jonathan.a.stieglitz@gmail.com
 2  THE LAW OFFICES OF
    JONATHAN A. STIEGLITZ
 3  11845 W. Olympic Blvd., Suite 800
    Los Angeles, California 90064
 4  Telephone:    (323) 979-2063
    Facsimile:    (323) 488-6748
 5
    Attorney for Plaintiff
 6  Francisco Gonzales

 7  David J. Kaminski
    Kaminskid@cmtlaw.com
 8  Carlson and Messer LLP
    5901 West Century Boulevard Suite 1200
 9  Los Angeles , CA 90045
    Telephone:  (310) 242-2200
10
    Attorneys for Defendant
11  Designed Receivable Solutions, Inc.
```

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Gonzales, individually and on behalf of all others similarly situated; | Case No. 5:23-cv-128 |
| | **The Hon. Jesus G. Bernal** |
| Against | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Designed Receivable Solutions, Inc. | **[FRCP Rule 41(a)(1)(A)(ii)]** |
| | Complaint Filed:  01/25/2023 |

IT IS HEREBY STIPULATED by and between Plaintiff Francisco Gonzales ("Plaintiff") and Defendant by and through their respective counsel of record, that all claims and causes of action against Designed Receivable Solutions, Inc., alleged therein, be and hereby are dismissed with

prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

    Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED:   December 5, 2023

THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:   */s/Jonathan A. Stieglitz*
     Jonathan A. Stieglitz
     Attorneys for Plaintiff
     Francisco Gonzales

DATED:   December 5, 2023

Carlson and Messer LLP

By:   *David J. Kaminski*
     David J. Kaminski
     Attorneys for Defendant
     Designed Receivable Solutions, Inc.