# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Gonzales, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Designed Receivable Solutions, Inc.,<br><br>Defendant. | Case No.: 5:23-cv-128-JGB(SHKx)<br><br>**The Hon. Jesus G. Bernal**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 01/25/2023 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice as to Designed Receivable Solutions, Inc. and being fully advised in the premises, DOES HEREBY ORDER, that the party is dismissed with prejudice with each party to bear their respective costs and fees.

BY THE COURT:

 December 19, 2023
DATE:                                                                     _____
                                                                          Jesus G. Bernal, U.S. District Judge